# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIDGEPORT HOSPITAL, DBA Yale New Haven Health, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant.* | Civil Action No 1:20-cv-01574-CJN |

*AMICUS CURIAE* **BRIEF OF ALABAMA HOSPITAL ASSOCIATION, ARKANSAS HOSPITAL ASSOCIATION, GEORGIA HOSPITAL ASSOCIATION, MISSISSIPPI HOSPITAL ASSOCIATION, NORTH CAROLINA HOSPITAL ASSOCIATION, OKLAHOMA HOSPITAL ASSOCIATION, AND TENNESSEE HOSPITAL ASSOCIATION IN SUPPORT OF DEFENDANT'S REQUESTED SUMMARY JUDGMENT REMEDY**

# **TABLE OF CONTENTS**

CORPORATE DISCLOSURE STATEMENT ............................................................................ iv

STATEMENT OF IDENTITY AND INTEREST OF *AMICI* AND AUTHORITY TO FILE ..... 1

ARGUMENT .................................................................................................................................. 3

I.  REMAND WITHOUT VACATUR IS THE PROPER REMEDY BECAUSE VACATUR WOULD HAVE UNDULY DISRUPTIVE CONSEQUENCES .................. 3

    A.  The Low Wage Index Hospital Rule Has Provided a Critical Lifeline to Vulnerable Hospitals. ............................................................................................. 3

    B.  Vacatur Would Have a Significant Detrimental Impact on Low Wage Index Hospitals Going Forward. ..................................................................................... 5

CONCLUSION ............................................................................................................................... 8

# **TABLE OF AUTHORITIES**

Page(s)

**Cases**

*Allied-Signal, Inc. v. U.S. Nuclear Regul. Comm'n*,
 988 F.2d 146 (D.C. Cir. 1993) ................................................................................................3

*Citrus HMA, LLC v. Becerra*,
 No. 20-707, 2022 U.S. Dist. LEXIS 65832 (D.D.C. April 8, 2022) .........................................3

**Statutes**

Patient Protection and Affordable Care Act, Pub. L. No. 111-148, § 3137(b), 124
 Stat. 119, 438-39 (2010) .........................................................................................................5

**Other Authorities**

Andrew S. Osgood & George H. Pink, *Rural Hospitals that Closed between 2017-
 20: Profitability and Liquidity in the Year Before Closure* .......................................................7

Centers for Medicare & Medicaid Services, *CMS Advances Agenda to Re-think
 Rural Health and Unleash Medical Innovation* (Apr. 23, 2019) ..............................................6

*The Centers for Medicare & Medicaid Services Could Improve Its Wage Index
 Adjustment for Hospitals in Areas With the Lowest Wages*, U.S. Dep't of
 Health & Hum. Servs. Off. of Inspector Gen., Dec. 2020 ....................................................3, 4

Centers for Medicare & Medicaid Services FY 2003 Impact File ..................................................5

Centers for Medicare & Medicaid Services FY 2019 Impact File ..................................................5

*Closing the Gaps in the Rural Primary Care Workforce*, National Conference of
 State Legislatures ...................................................................................................................7

Dep't of Health & Hum. Servs. Off. of Inspector Gen., *Significant Vulnerabilities
 Exist in the Hospital Wage Index System for Medicare Payments* (Nov. 2018) ........................5

FY 2020 IPPS Final Rule, 84 Fed. Reg. 42044, 42326 (Aug. 16, 2019) .........................................4

Gerard H. Pink, et al., *2019 Wage Index Differences and Selected Characteristics
 of Rural and Urban Hospitals*, North Carolina Rural Health Research
 Program ..............................................................................................................................5, 6

*Heart Disease Mortality by State*,
 Centers for Disease Control and Prevention .........................................................................8

HHS Report to Congress: Plan to Reform the Medicare Wage Index (April 11, 2012) ................................................................................................................................... 5

*Hospitals by County*, North Carolina Department of Health ........................................... 7

*Infant Mortality Rates by State*,
   Centers for Disease Control and Prevention ................................................................ 8

MedPAC, Report to Congress: Promoting Greater Efficiency in Medicare (June 2007) ................................................................................................................................... 5

*Rural Hospital Closures 2022*, University of North Carolina ......................................... 4

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7(o)(5) of this Court and Rules 26.1 and 29(a)(4)(A) of the Federal Rules of Appellate Procedure, each *amicus curiae* hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

/s/ *Daniel G. Jarcho*
Daniel G. Jarcho
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Phone: (202) 239-3300
Fax: (202) 239-3333

## STATEMENT OF IDENTITY AND INTEREST OF *AMICI* AND AUTHORITY TO FILE

The *amici curiae* are the Alabama Hospital Association ("AlaHA"), Arkansas Hospital Association ("AHA"), Georgia Hospital Association ("GHA"), Mississippi Hospital Association ("MHA"), North Carolina Hospital Association ("NCHA"), Oklahoma Hospital Association ("OHA"), and Tennessee Hospital Association ("THA"). These Associations have a compelling interest in the remedy this Court will fashion in light of the Court's March 2, 2022 Order granting in part the Plaintiffs' Motion for Summary Judgment.[1]

AlaHA is a statewide trade organization that assists member hospitals in effectively serving the healthcare needs of Alabama through advocacy, representation, education, and service. AlaHA represents the interests of 86 Alabama hospitals.

AHA is a membership organization working for the betterment of hospitals by instituting programs in education, government relations, research, and communications. AHA represents the interests of 47 Arkansas hospitals.

GHA is a nonprofit trade association made up of member health systems, hospitals, and individuals in administrative and decision-making positions within those institutions dedicated to promoting the health and welfare of the public through the development of better hospital care for all of Georgia's citizens. GHA represents the interests of 160 Georgia hospitals.

MHA is a statewide trade organization dedicated to effectively serving the health care needs of Mississippi. MHA represents the interests of 64 Mississippi hospitals.

---

[1] The undersigned certifies that the parties have consented to the filing of this brief, no counsel for a party authored this brief in whole or in part, no party or counsel for a party made a monetary contribution intended to fund the preparation or submission of this brief, and no person or entity other than the *amici* made a monetary contribution to its preparation or submission.

NCHA is a nonprofit membership organization that represents North Carolina's individual and multi-hospital health systems and serves as a resource for hospitals, health systems, and other stakeholders delivering information and insight, services, support, education, policy, and advocacy. NCHA represents the interests of 120 North Carolina hospitals and health systems.

OHA is a membership organization that works to promote the health and welfare of all Oklahomans by leading and assisting its member organizations in providing high quality, safe, and valued health care services to their communities. OHA represents the interests of 88 Oklahoma hospitals.

THA is a not-for-profit membership organization serving and promoting the interests of hospitals, health systems, and other healthcare organizations in Tennessee. THA represents the interests of 96 Tennessee hospitals.

Collectively, 58% of the hospitals represented by the *amici* Associations have wage index values in the lowest quartile of the wage index at issue in this case. The low-wage hospitals represented by *amici* comprise more than 40% of all hospitals throughout the United States that have wage index values in the lowest quartile. The Associations wish to inform the Court of the serious harm that vacatur of the Low Wage Index Hospital rule could have on their member hospitals' ability to provide necessary health care services to vulnerable communities within their states. The *amici* write to offer information, from the perspective of hospitals who have been positively affected by the Low Wage Index Hospital rule, on the harmful impact that vacatur would have on healthcare in America's most vulnerable communities. Accordingly, the *amici* urge the Court to remand without vacatur.

**ARGUMENT**

I. **REMAND WITHOUT VACATUR IS THE PROPER REMEDY BECAUSE VACATUR WOULD HAVE UNDULY DISRUPTIVE CONSEQUENCES**

We respectfully submit that the appropriate remedy for the Court's summary judgment is a remand, without vacatur, to the Secretary for further action consistent with the Court's opinion. In deciding whether to remand without vacatur, courts consider "the seriousness of the [agency decision]'s deficiencies . . . and the disruptive consequences of an interim change that may itself be changed." *Allied-Signal, Inc. v. U.S. Nuclear Regul. Comm'n*, 988 F.2d 146, 150-51 (D.C. Cir. 1993); *Citrus HMA, LLC v. Becerra*, No. 20-707, 2022 U.S. Dist. LEXIS 65832, at *27 (D.D.C. April 8, 2022) (cleaned up, citation omitted). In this brief, *amici* address the second element of this two-part test, leaving it to the parties to address the first element. We describe below how vacatur would greatly disrupt the complex Medicare reimbursement payment system, particularly in light of the potentially dire consequences for hospitals with wage index values in the lowest quartile (and for the communities the hospitals serve). Based on the magnitude of this disruption, we urge the Court to issue the same remedy that Judge Kollar-Kotelly did in her decision last month in *Citrus HMA, LLC v. Becerra*, 2022 U.S. Dist. LEXIS 65832 (D.D.C. April 8, 2022). In that strikingly similar case, the Court remanded without vacatur after holding that the same agency (Center for Medicare & Medicaid Services) had exceeded its statutory authority in issuing a similar Medicare hospital wage-index rule. *Id.* at *3, 27-28.

    A. **The Low Wage Index Hospital Rule Has Provided a Critical Lifeline to Vulnerable Hospitals.**

The Low Wage Index Hospital rule has provided a critical lifeline to disadvantaged hospitals, their employees, and the communities they serve. Hospitals whose wages fell in the bottom quartile of the Area Wage Index ("AWI") faced a daily struggle for financial survival.

3

More than a third of bottom-quartile hospitals had negative profit margins.[2] In 2019, roughly 75% of AlaHA and NCHA's member hospitals had negative operating margins.[3] Among rural Alabama hospitals the situation was even worse, with 88% operating in the red.[4]

Unsurprisingly, hospitals in the bottom quartile struggled to recruit and retain health care providers. CMS has acknowledged that the wage index was a barrier to low wage index hospitals being able to increase employee compensation.[5]

Before CMS adopted the policy at issue, the broken AWI formula contributed to the rise of hospital closures in rural areas.[6] From 2010 to 2020, 135 rural hospitals closed, including 6 in Alabama, 1 in Arkansas, 8 in Georgia, 4 in Mississippi, 7 in Oklahoma, and 16 in Tennessee.[7] These closures created healthcare deserts in rural communities, leaving residents with no access to hospitals, ambulances, or providers.

To restore equity, it was necessary to increase Medicare reimbursement payments for hospitals with wages values in the bottom quartile of the wage index. As a result of the Low Wage Index Hospital rule, in fiscal year 2020, hospitals in the Associations' states received significantly increased Medicare reimbursement payments: Alabama hospitals received a $36,685,900 net increase; Arkansas hospitals received a $11,698,400 net increase; Georgia hospitals received a

---

[2] *The Centers for Medicare & Medicaid Services Could Improve Its Wage Index Adjustment for Hospitals in Areas With the Lowest Wages*, U.S. Dep't of Health & Hum. Servs. Off. of Inspector Gen., Dec. 2020, at 11, https://oig.hhs.gov/oas/reports/region1/12000502.pdf
[3] Medicare Cost Reports, aggregated data.
[4] Medicare Cost Reports, aggregated data.
[5] FY 2020 IPPS Final Rule, 84 Fed. Reg. 42044, 42326 (Aug. 16, 2019).
[6] *The Centers for Medicare & Medicaid Services Could Improve Its Wage Index Adjustment for Hospitals in Areas With the Lowest Wages*, U.S. Dep't of Health & Hum. Servs. Off. of Inspector Gen., Dec. 2020, at 2, https://oig.hhs.gov/oas/reports/region1/12000502.pdf (noting that "[i]f hospitals are undercompensated, that puts them under financial stress, which could lead to a variety of adverse outcomes, up to and including closure.").
[7] *Rural Hospital Closures 2022*, University of North Carolina, https://www.shepscenter.unc.edu/programs-projects/rural-health/rural-hospital-closures/.

$6,605,000 net increase; Mississippi hospitals received a $18,094,400 net increase; and Tennessee hospitals received a $22,456,800 net increase.[8] This increased funding allowed hospitals in the lowest quartile to increase employee wages, maintain services, and avert closure.

### B. Vacatur Would Have a Significant Detrimental Impact on Low Wage Index Hospitals Going Forward.

Before CMS adopted the policy at issue, the Medicare reimbursement payment system was broken. Experts of all stripes had been calling for comprehensive reform of the AWI for years.[9] The AWI was intended to ensure that Medicare reimbursement payments reflected market-to-market difference in hospital labor costs. Instead, the AWI perpetuated and exacerbated disparities between high and low wage index hospitals and caused a health crisis in rural states. Rural hospitals have significantly lower wage indices than urban hospitals, even when controlling for factors such as the number of beds, net patient revenue, Medicare payment classification, average daily census, and percent Medicare patients.[10] And the gap between low and high wage index hospitals increases every year. From 2003 to 2019, the difference between the highest wage index and the lowest wage index skyrocketed from 0.7080 to 1.2312.[11]

---

[8] Medicare Cost Reports, aggregated data.

[9] *See* Dep't of Health & Hum. Servs. Off. of Inspector Gen., *Significant Vulnerabilities Exist in the Hospital Wage Index System for Medicare Payments* (Nov. 2018), https://oig.hhs.gov/oas/reports/region1/11700500.pdf; Institute of Medicine, Geographic Adjustment in Medicare Payment (Margaret Edmunds & Frank A. Sloan eds., 2nd ed. 2011); MedPAC, Report to Congress: Promoting Greater Efficiency in Medicare (June 2007), https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/Jun07_Ch06.pdf; Secretary Kathleen Sebelius, HHS Report to Congress: Plan to Reform the Medicare Wage Index (April 11, 2012), https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/AcuteInpatientPPS/Wage-Index-Reform; The Patient Protection and Affordable Care Act, Pub. L. No. 111-148, § 3137(b), 124 Stat. 119, 438-39 (2010).

[10] Gerard H. Pink, et al., *2019 Wage Index Differences and Selected Characteristics of Rural and Urban Hospitals*, North Carolina Rural Health Research Program, May 2019, at 1, https://www.shepscenter.unc.edu/wp-content/uploads/dlm_uploads/2019/04/Wage-Index-Finance.pdf.

[11] Centers for Medicare & Medicaid Services FY 2019 Impact File, available at https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/AcuteInpatientPPS/FY2019-

If the Low Wage Index Hospital rule is vacated, hospitals in the lowest quartile will once more be facing severe economic challenges. A return to the previous system will threaten access to care in states with a significant percentage of hospitals in the lowest quartile by placing them back in the death spiral of decreasing reimbursements. As CMS has recognized, the AWI created a "downward spiral that increases the disparity in payments between high wage index hospitals and low wage index hospitals, and payment for rural hospitals and other low wage index hospitals declines."[12] Even small changes to the wage index can have a catastrophic financial impact on rural hospitals.[13] In the end, the ones who will suffer most are the patients served by affected hospitals.

The decrease in funding caused by vacatur would lead directly to further reduction of medical staff and services in rural communities. Already, 46% of Alabama hospitals have been forced to cut services and 43% have had to lay off staff.[14] Vacatur of the Low Wage Index Hospital rule would only exacerbate the situation.

There is also little doubt that vacatur would lead to a rash of hospital closures in rural areas. The Associations' member hospitals are already operating on razor thin margins. In fiscal year 2020, roughly a third of hospitals in Georgia, Oklahoma, and Tennessee had negative operating margins.[15] More than half of hospitals in North Carolina had negative operating margins, and in

---

IPPS-Final-Rule-Home-Page-Items/FY2019-IPPS-Final-Rule-Data-Files; Centers for Medicare & Medicaid Services FY 2003 Impact File, available at https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/AcuteInpatientPPS/Historical-Impact-Files-for-FY-1994-through-Present-Items/CMS026514.

[12] Press Release, Centers for Medicare & Medicaid Services, *CMS Advances Agenda to Re-think Rural Health and Unleash Medical Innovation* (Apr. 23, 2019), https://www.cms.gov/newsroom/press-releases/cms-advances-agenda-re-think-rural-health-and-unleash-medical-innovation.

[13] Gerard H. Pink, supra note 10.

[14] AlaHA Internal Member Survey, 2014.

[15] Medicare Cost Reports, aggregated data.

Alabama and Mississippi, a staggering 80% of hospitals had negative operating margins.[16] The situation is even more dire in rural areas. In Oklahoma, for instance, the percentage of hospitals operating in the red jumps from 32% overall to 37% in rural communities, and an alarming 57% among critical access hospitals.[17] A decrease in funding would undoubtedly push vulnerable hospitals on the brink of closure past their breaking point.[18]

The impact on rural communities served by effected hospitals would be devastating. Access to primary care positively correlates with lower rates of illness and premature death.[19] But over three quarters of America's rural counties are designated as health professional shortage areas.[20] Many rural counties have no hospital at all, including 8 in Alabama,[21] 21 in Arkansas,[22] 7 in Mississippi,[23] 18 in North Carolina,[24] and 20 in Tennessee[25] do not have a single hospital. It is perhaps unsurprising then that Americans living in rural areas have higher rates of death, disability, and chronic disease than those who live in urban areas.[26] Mississippi, Oklahoma, Alabama, and

---

[16] *Id.*
[17] *Id.*
[18] Andrew S. Osgood & George H. Pink, *Rural Hospitals that Closed between 2017-20: Profitability and Liquidity in the Year Before Closure*, North Carolina Rural Health Research Program, Jan. 2020, at 5, file:///C:/Users/maann/Downloads/Rural-Hospitals-that-Closed-between-2017%E2%80%9020%20(1).pdf ("[I]n the year before closure, most rural hospitals that subsequently closed had a negative operating margin.").
[19] *Closing the Gaps in the Rural Primary Care Workforce*, National Conference of State Legislatures, https://www.ncsl.org/research/health/closing-the-gaps-in-the-rural-primary-care-workfor.aspx#:~:text=Of%20the%202%2C050%20rural%20U.S.,current%20rural%20health%20care%20needs
[20] *Id.*
[21] Alabama Department of Public Health.
[22] Arkansas Department of Health.
[23] Mississippi Department of Health.
[24] *Hospitals by County*, North Carolina Department of Health, available at https://info.ncdhhs.gov/dhsr/data/hllistco.pdf
[25] 2020 Tennessee Joint Annual Report of Hospitals.
[26] National Conference of State Legislatures, *supra* note 16.

Arkansas have the highest rates of heart disease mortality in the country.[27] Mississippi, Arkansas, and Alabama are also among the five states with the highest infant mortality rate.[28] Vacatur of the Low Wage Index Hospital rule would deprive the communities with the greatest need for accessible healthcare of vital medical facilities, services, and providers, and will come at the cost of human lives. Because vacating the rule at issue would cause extraordinary disruptive consequences, the Court should remand to CMS without vacatur.

## CONCLUSION

For the foregoing reasons, the Court should remand without vacatur.

Dated: May 16, 2022

/s/ *Daniel G. Jarcho*
Daniel G. Jarcho (D.C. Bar No. 391837)
Anne J. Martin (D.C. Bar No. 1753902)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Phone: (202) 239-3300
Fax: (202) 239-3333

*Counsel for Amici Curiae*

---

[27] *Heart Disease Mortality by State*, Centers for Disease Control and Prevention, https://www.cdc.gov/nchs/pressroom/sosmap/heart_disease_mortality/heart_disease.htm.
[28] *Infant Mortality Rates by State*, Centers for Disease Control and Prevention, https://www.cdc.gov/nchs/pressroom/sosmap/infant_mortality_rates/infant_mortality.htm.